**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CASE NO. 1:16-cv-208-GNS**
**CONSOLIDATED WITH CASE NO. 1:17-cv-17-GNS**

*ELECTRONICALLY FILED*

| | |
|---|---|
| DEBRA S. KELTNER, INDIVIDUALLY | ) |
| And | ) |
| JASON COOMER, INDIVIDUALLY, And | ) |
| AS EXECUTOR OF THE ESTATE OF | ) |
| MITCHELL O. COOMER, DECEASED | ) |
| *PLAINTIFFS* | ) |
| | ) |
| VS. | ) |
| | ) |
| GENERAL MOTORS, INC., ET AL. | ) |
| *DEFENDANTS* | ) |

**NOTICE OF SERVICE OF PLAINTIFFS' ANSWERS AND RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFENDANTS**

Come the Plaintiffs, by counsel, and hereby give notice to the Court that on the 25th day of July 2018, Plaintiffs served upon Defendants, via electronic mail and U.S. Mail, Answers, Responses, and Objections to the following sets of Interrogatories and Requests for Production of Documents:

- Interrogatories and Requests for Production of Documents propounded by Defendant, General Motors, LLC, upon Plaintiff, Jason Coomer, individually and as Executor of the Estate of Mitchell O. Coomer.

- Interrogatories and Requests for Production of Documents propounded by Defendants, MSX Americas, Inc. and MSX International, Inc., upon Plaintiff, Jason Coomer, individually and as Executor of the Estate of Mitchell O. Coomer.

1

- Interrogatories and Requests for Production of Documents propounded by Defendant, IMPCO Technologies, Inc., upon Plaintiff, Jason Coomer, individually and as Executor of the Estate of Mitchell Coomer.

- Interrogatories and Requests for Production of Documents propounded by Defendant, QF Liquidations, f/k/a Quantum Fuel Systems Technologies Worldwide, Inc., upon Plaintiff, Jason Coomer, individually and as Executor of the Estate of Mitchell Coomer.

- Interrogatories and Requests for Production of Documents propounded by QF Liquidations, f/k/a Quantum Fuel Systems Technologies Worldwide, Inc., upon Plaintiff, Debra Keltner.

Respectfully submitted,

  */s/ Jeff W. Adamson*
Paul A. Casi, II
Jeff W. Adamson
Paul A. Casi, II, P.S.C.
801 East Main Street
Louisville, KY 40206
(502) 584-0404 - Phone
(502) 561-2321 - Fax
pac@casi-law.com
jadamson@casi-law.com
*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record in this matter.

*/s/ Jeff W. Adamson*
Jeff W. Adamson
